20506. SOUTHERN RAILWAY COMPANY *v.* GORDON COUNTY *et al.*

JENKINS, P. J. Under the answers returned by the Supreme Court to the questions certified to it in this case (173 *Ga.* 906, 161 S. E. 824), the county tax levy involved was not illegal for any reason set forth by the affidavit of illegality, and the court did not err in sustaining the demurrer to the affidavit of illegality.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED JANUARY 14, 1932.

*Sam. P. Maddox, McDaniel, Neely & Marshall,* for plaintiff in error.

*J. G. B. Erwin,* contra.